# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| QING HUA SUN | ) Case No. 23-4299-DHH |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 2022 to October 2022 in the county of Suffolk and elsewhere in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Benjamin Wallace

☑ Continued on the attached sheet.

*Complainant's signature*

Benjamin Wallace, FBI Special Agent
*Printed name and title*

~~Subscribed and~~ sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 04/14/2023

*Judge's signature*

City and state: Boston, Massachusetts   Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*